The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ANGELIQUE M. LOUIS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CONIFER HEALTH SOLUTIONS LLC and FRANCISCAN HEALTH SYSTEM,<br><br>Defendants. | Case No.: 3:21-cv-05700-RSM-SKV<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO ARBITRATION AGREEMENT** |

Having considered the Parties' Joint Stipulation of Dismissal Pursuant to Arbitration Agreement, and all materials submitted in support of the Motion:

IT IS HEREBY ORDERED that the Motion is GRANTED. Pursuant to Local Civ. Rule 39.1(d)(1), upon the Parties' voluntary stipulation of dismissal, the Court dismisses Plaintiff's claims against Defendants in this Action. Accordingly, Plaintiff's Corrected First Amended Complaint (Dkt. 29) is DISMISSED WITHOUT PREJUDICE and her claims will now proceed to arbitration as stipulated and agreed to by the Parties.

DATED this 2nd day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

POLSINELLI PC

By:
   */s/ Matthew P.F. Linnabary*
Donald L. Samuels (WSBA #56214)
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone: (303) 572-9300
Facsimile: (303) 572-7883
DSamuels@Polsinelli.com

Karen K. Cain
(admitted *pro hac vice*)
Matthew P.F. Linnabary
(admitted *pro hac vice*)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
kcain@polsinelli.com
mlinnabary@polsinelli.com

ATTORNEYS FOR DEFENDANT
FRANCISCAN HEALTH SYSTEM

AND

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

By:
   */s/ Kyle Nelson*
Adam T. Pankratz
Kyle Nelson
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
206-693-7057
adam.pankratz@ogletree.com
kyle.nelson@ogletree.com

ATTORNEYS FOR DEFENDANT CONIFER
HEALTH SOLUTIONS LLC

1

2                              AND

3        BECK CHASE GILMAN PLLC

4        By:
            */s/*  Janelle E. Chase Fazio
5           James W. Beck
            Eric D. Gilman
6           Janelle E. Chase Fazio
            BECK CHASE GILMAN PLLC
7           711 Court A, Suite 202
            Tacoma, WA 98402
8           253-289-5104
            james@bcglawyers.com
9           eric@bcglawyers.com
            janelle@bcglawyers.com
10
         ATTORNEYS FOR PLAINTIFF
11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING PARTIES' JOINT STIPULATION OF DISMISSAL WITHOUT
PREJUDICE PURSUANT TO ARBITRATION AGREEMENT                                – 3
No. 3:21-cv-05700-RSM-SKV